United States Bankruptcy Court
Central District of California

In re:                                                                                    Case No. 16-24429-BB
Wesley Scott Russell                                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 2           Date Rcvd: Feb 13, 2017
                              Form ID: 318             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2017.
```
db          +Wesley Scott Russell,    202 S. Azusa Ave. #3,    Azusa, CA 91702-4503
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
37432807    +AT&T Wireless,    PO Box 551268,    Jacksonville, FL 32255-1268
37432805    +Alhambra Municipal - LA,    150 W Commonwealth Ave.,    Alhambra, CA 91801-3787
37432806    +Allied Interstate LLC,    P.O. Box 361774,    Columbus, OH 43236-1774
37432808    +Bridgecrest,    PO Box 29018,    Phoenix, AZ 85038-9018
37432811    +Daniel's Jewelers,    P.O. Box 3750,    Culver City, CA 90231-3750
37432812    +Designed Receivable Solutions,    1 Centerpointe Dr #450,    La Palma, CA 90623-1089
37592421    +San Gabriel Villa - GK Mgmt,    1415 N San Gabriel Blvd,    Rosemead, CA 91770-3954
37565468    +Superior Court of CA - Los Angeles,    7500 East Imperial Hwy,    Downey, CA 90242-3378
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QRGONZALEZ.COM Feb 14 2017 02:23:00      Rosendo Gonzalez (TR),    Gonzalez & Associates,
              530 S. Hewitt Street, Suite 148,    Los Angeles, CA 90013-1906
smg          EDI: EDD.COM Feb 14 2017 02:23:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA 94280-0001
smg          EDI: CALTAX.COM Feb 14 2017 02:23:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
              P.O. Box 2952,    Sacramento, CA 95812-2952
37432809    +EDI: CAPONEAUTO.COM Feb 14 2017 02:23:00      Capital One Auto Finance,    3901 N Dallas Pkwy,
              Plano, TX 75093-7864
37432810    +E-mail/Text: bankruptcy@cashcentral.com Feb 14 2017 02:29:46      Cash Central,    P.O. Box 6430,
              Logan, UT 84341-6430
37432813     EDI: ESSL.COM Feb 14 2017 02:23:00      Dish Network,    Dept 0063,    Palatine, IL 60055-0063
37432814    +EDI: DVTM.COM Feb 14 2017 02:23:00      Drive Time,    P.O. Box 53087,    Phoenix, AZ 85072-3087
37565467    +E-mail/Text: bku1234@hotmail.com Feb 14 2017 02:29:47      Dwight Financial,
              2432 W. Peoria Ave.,Ste. 1264,    Phoenix, AZ 85029-4738
37432815    +E-mail/Text: bknotice@erccollections.com Feb 14 2017 02:29:30      Enhanced Recovery Co., LLC,
              8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
37432816     EDI: AMINFOFP.COM Feb 14 2017 02:23:00      First Premier Bank,    P.O. Box 5529,
              Sioux Falls, SD 57117-5529
37432817     EDI: IIC9.COM Feb 14 2017 02:23:00      IC Systems, Inc.,    444 Highway 96 East,
              P.O. Box 64437,    Saint Paul, MN 55164-0437
37432818     E-mail/Text: consumerhelpdesk@omega-rms.com Feb 14 2017 02:30:26      Omega RMS LLC,
              P.O. Box 801688,    Kansas City, MO 64180-0001
37432819     EDI: DRIV.COM Feb 14 2017 02:23:00      Santander Consumer,    P.O. Box 660633,
              Dallas, TX 75266-0633
37432820    +E-mail/Text: DL-CSGBankruptcy@charter.com Feb 14 2017 02:29:55      Time Warner Cable,
              P.O. Box 60074,    City of Industry, CA 91716-0074
37555172     EDI: VERIZONCOMB.COM Feb 14 2017 02:23:00      Verizon Communications,    PO Box 920041,
              Dallas, TX 75392-0041
                                                                                               TOTAL: 15
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
37592423     ##+Fidelity Creditor Services,    216 South Louise S,    Glendale, CA 91205-1637
                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2017                                           Signature:  /s/Joseph Speetjens

```
District/off: 0973-2           User: admin              Page 2 of 2               Date Rcvd: Feb 13, 2017
                               Form ID: 318             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2017 at the address(es) listed below:
              Nicholas M Wajda    on behalf of Debtor Wesley Scott Russell info@wajdalawgroup.com
              Rosendo  Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com,  itran@gonzalezplc.com,
               khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Wesley Scott Russell** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–5994** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Central District of California** | | |
| Case number:   **2:16–bk–24429–BB** | | |

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Wesley Scott Russell

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 2/13/17

**Dated:** 2/13/17

**By the court:**   Sheri Bluebond
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**12/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc       **Order of Chapter 7 Discharge**       page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**